## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 19-MJ-6508-SELTZER

**UNITED STATES OF AMERICA**

**vs.**

**SCOTT GALIMIDI,**

Defendant.

_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Complaint without prejudice as to defendant Scot Galimidi.

Respectfully submitted,

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Ajay J. Alexander, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 1/23/2020

_____
**HONORABLE PATRICK M. HUNT**
**UNITED STATES MAGISTRATE JUDGE**